# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) |
| v. | ) |
| Jennifer Bousquet | ) Case No. 3:20-MJ-0468 (RMS) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 2016 through April 2020  in the county of _____ in the _____ District of  Connecticut , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 | Possession with intent to distribute and distribution of a controlled substance |
| 21 U.S.C. 846 | Conspiracy to possess with intent to distribtue and to distribute a controlled substance |

This criminal complaint is based on these facts:

See Attached Affidavit of HHS OIG Special Agent Emma Dugas

☑ Continued on the attached sheet.

EMMA DUGAS
*Digitally signed by EMMA DUGAS*
*Date: 2020.05.29 07:50:10 -04'00'*

*Complainant's signature*

Special Agent Emma Dugas

*Printed name and title*

Attested to me by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone

Date: 05/29/2020

Robert M. Spector
*Digitally signed by Robert M. Spector*
*Date: 2020.05.29 12:51:48 -04'00'*

*Judge's signature*

City and state: New Haven, CT

Hon. Robert M. Spector, USMJ

*Printed name and title*